

# Service of Process Transmittal

10/22/2020
CT Log Number 538442604

| | |
|---|---|
| **TO:** | Jennifer Gallagher, VP Manager<br>Sasol Chemicals (Usa) LLC<br>12120 WICKCHESTER LN<br>HOUSTON, TX 77079-1211 |
| **RE:** | **Process Served in Louisiana** |
| **FOR:** | Sasol Chemicals (USA) LLC  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | FREDRIA M. BERTRAND AND DEVAN J. BRUNET, PLTFS. vs. SASOL CHEMICALS (USA), LLC, DFT.<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 20203237F |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/22/2020 at 09:00 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780104038812<br><br>Image SOP<br><br>Email Notification,  Veronica Perez  veronica.perez@us.sasol.com<br><br>Email Notification,  Kasey Shivers  kasey.shivers@us.sasol.com<br><br>Email Notification,  Jennifer Gallagher  jennifer.gallagher@us.sasol.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201 |
| **For Questions:** | 866-665-5799<br>SouthTeam2@wolterskluwer.com |

Page 1 of  1 / RG

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

| | | |
|---|---|---|
| FREDERIA M BERTRAND<br>VS.   2020-003237<br>SASOL CHEMICALS USA LLC | Citation<br> | 14th Judicial District Court<br>State of Louisiana<br>Parish of Calcasieu |

THE STATE OF LOUISIANA

TO:  SASOL CHEMICALS USA LLC

    THROUGH ITS AGENT FOR SERVICE OF PROCESS: CT CORPORATION SYSTEM
    3867 PLAZA TOWER DR
    Baton Rouge, LA  70816

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of FREDRIA M BERTRAND, "PETITION FOR DAMAGES" against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 19th day of August 2020.

Issued and delivered October 19, 2020



Simone Zartler

Deputy Clerk of Court

---

SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE    $_____        BY: _____
                                   Deputy Sheriff
MILEAGE    $_____

TOTAL $_____

Party No.    P001

Pauper

Filing Date: 10/19/2020 10:20 AM    Page Count: 1
Case Number: 2020-003237
Document Name: 1600 Citation

[ Service Copy ]
CMS0085                                                                    Page 1 of 1

| | |
|---|---|
| FREDRIA M. BERTRAND <br> AND DEVAN J. BRUNET <br><br> VERSUS <br><br> SASOL CHEMICALS (USA), LLC | *   14TH JUDICIAL DISTRICT COURT <br> *             2020-3237 F <br> *   DOCKET NO: _____ <br> * <br> *   PARISH OF CALCASIEU <br> * <br> *   STATE OF LOUISIANA |

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come and appear Petitioners, FREDRIA M. BERTRAND and DEVAN J. BRUNET, a married couple who are both of the full age of majority and residents of, and domiciled in, Acadia Parish, who respectfully represent:

1.

Made Defendant herein is SASOL CHEMICALS (USA), LLC ("SASOL"), a foreign limited liability company authorized to do, and doing, business in the State of Louisiana, which can be served through its agent for service of process, CT Corporation System, 3867 Plaza Tower Drive Baton Rouge, LA 70816.

2.

Defendant is indebted to Petitioners for all damages, together with legal interest from the date of judicial demand until paid, and for all costs, for the following:

3.

On or about August 26, 2019, Petitioner, FREDRIA M. BERTRAND, was working as an instrument tech, as an employee of ISC Constructors, LLC, at the Sasol Lake Charles Chemical Complex, owned and/or operated by SASOL located at 2201 Old Spanish Trial Westlake, LA 70669.

4.

At the aforementioned time and place, Petitioner, FREDRIA M. BERTRAND, was walking towards a junction box at the S2000 unit when he noticed a liquid substance on the ground that was leaking/spraying from a temporary hose set up by SASOL employees, or agents of SASOL.

5.

When he noticed the liquid substance on the ground, he also noticed an odor emanating from the substance on the ground, which odor was fumes from a noxious substance believed to be triethyl aluminum.


14TH eFILED: 8/19/2020 4:25 PM BY: Heidi Thevis <br> ACCEPTED: 8/20/2020 8:04 AM INTO CASE 2020-3237 BY DEPUTY CLERK CAROL LEBLANC

6.

Upon information and belief, SASOL employees and/or agents of SASOL were aware of the leak from the temporary hose and failed to repair or replace the hose and stop the leak.

7.

Upon information and belief, SASOL, despite being aware of the leaking of a hazardous substance on the ground, failed to advise other workers in the plant to avoid the area to prevent inhalation of a noxious substance.

8.

Defendant, SASOL, is liable to the Petitioners for causing the subject accident through its fault, negligence, imprudence, want of skill, acts, and/or omissions in the following non-exclusive respects and particulars:

A. Failing to exercise reasonable care to maintain the premises;

B. Failure to repair the leak of a dangerous substance;

C. Transferring a dangerous substance through an inadequate and unsafe temporary line/hose;

D. Failing to exercise reasonable care to inspect the premises;

E. Failing to warn workers on the facility of potentially hazardous conditions upon the premises; and

F. Having knowledge or constructive knowledge of an unreasonably hazardous condition on its premises and failing to remedy the hazardous condition.

9.

As a result of the above-described incident, Petitioner, FREDRIA M. BERTRAND, has sustained injuries to his person, requiring substantial medical care.

10.

Petitioner seeks reimbursement for special damages, consisting primarily of past, present, and future medical expenses; past, present, and future loss of wages and loss of earning capacity; and other expenses incurred as a result of this accident.

11.

Petitioner also seeks general damages for past, present, and future pain and suffering; mental anguish and anxiety; residual physical and mental impairment and disability; and all other compensable items of intangible damage.

12.

Petitioner, DEVAN J. BRUNET, avers that as a result of the injuries sustained by her husband, FREDRIA M. BERTRAND, she has sustained loss of consortium, including loss of love and affection, loss of companionship, loss of material services, loss of support, loss of aid and assistance, and loss of felicity, for which she claims damages which are just and reasonable in the premises.

13.

Petitioners aver that the damages to which they are entitled exceed the amount of damages required for a jury trial under La. C.C.P. art 1732.

WHEREFORE, Petitioners pray that after the lapse of all legal delays and due proceedings are had, there be judgment rendered herein in favor of the Petitioners, FREDRIA M. BERTRAND and DEVAN J. BRUNET and against the Defendant, SASOL CHEMICALS (USA), LLC for all damages sustained, legal interest from the date of judicial demand until paid, for all the costs of these proceedings, and for all general and equitable relief in the premises.

Respectfully submitted,

O'PRY LAW FIRM

BY: _____
DONOVAN J. O'PRY, II (#28178)
JOHN P. BARRON (#33719)
2014 W. Pinhook Rd., Suite 507
Lafayette, Louisiana 70508
Phone: (337) 415-0007
Fax: (337) 504-7766
Email: donnie@oprylaw.com
Email: johnny@oprylaw.com
ATTORNEYS FOR PETITIONERS, FREDRIA M. BERTRAND AND DEVAN J. BRUNET

PLEASE SERVE:

SASOL CHEMICALS (USA), LLC
Through its agent for service of process:
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816.

A TRUE COPY
Lake Charles, Louisiana
_____
Deputy Clerk of Court
Calcasieu Parish, Louisiana

3

| | |
|---|---|
| FREDRIA M. BERTRAND<br>AND DEVAN J. BRUNET<br><br>VERSUS<br><br>SASOL CHEMICALS (USA), LLC | \*   14TH JUDICIAL DISTRICT COURT<br>\*<br>\*   DOCKET NO: __2020-3237 F__<br>\*<br>\*   PARISH OF CALCASIEU<br>\*<br>\*   STATE OF LOUISIANA |

## REQUEST FOR NOTICE OF TRIAL DATE

TO THE CLERK OF COURT in and for the above Parish:

PLEASE TAKE NOTICE that undersigned counsel, attorney for parties listed, does hereby request written notice of the date of trial of the above matter, as well as notice of hearings (whether on merits or otherwise), orders, judgments and interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge or any member of Court, as provided in the Louisiana Code of Civil Procedure, particularly Articles 1572, 1913 and 1914 thereof.

                        Respectfully submitted,

                        O'PRY LAW FIRM

                        BY: _____
                        DONOVAN J. O'PRY, II (#28178)
                        JOHN P. BARRON (#33719)
                        2014 W. Pinhook Rd., Suite 507
                        Lafayette, Louisiana 70508
                        Phone: (337) 415-0007
                        Fax: (337) 504-7766
                        Email: donnie@oprylaw.com
                        Email: johnny@oprylaw.com
                        ATTORNEYS FOR PETITIONERS, FREDRIA
                        M. BERTRAND AND DEVAN J. BRUNET

14TH eFILED: 8/19/2020 4:25 PM BY: Heidi Thevis
ACCEPTED: 8/20/2020 8:04 AM INTO CASE 2020-3237 BY DEPUTY CLERK CAROL LEBLANC

Filing Date: 08/19/2020 12:00 AM
Case Number: 2020-003237
Document Name: REQUEST FOR NOTICE
Page Count: 1